THE TRUSTEES OF STEVENS INSTITUTE OF TECHNOLOGY, APPELLANT, v. STATE BOARD OF TAXES AND ASSESSMENT AND CITY OF HOBOKEN, RESPONDENTS.

Argued February 14, 1929—Decided May 20, 1929.

For the appellant, *Albert C. Wall.*

For the respondents, *Horace L. Allen.*

PER CURIAM.

This was an appeal from a judgment of the Supreme Court affirming the judgment or order of the state board of taxes and assessments brought to that tribunal for review on *certiorari.*

The judgment under review herein should be affirmed for the reasons expressed in the opinion of Mr. Justice Black in the Supreme Court, except that we desire to add that the transcript discloses that there was evidence before the Supreme Court to justify its judgment. See *Breitbart* v. *Lurich,* 98 *N. J. L.* 556; *Hand* v. *Howe,* 1 *N. J. Mis. R.* 513; 104 *N. J. L.* 170.

*For affirmance*—THE CHANCELLOR, CHIEF JUSTICE, TRENCHARD, PARKER, KALISCH, LLOYD, VAN BUSKIRK, McGLENNON, KAYS, HETFIELD, DEAR, JJ. 11.

*For reversal*—None.